UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERVIS WILLIAMS                                    CIVIL ACTION

versus                                             NO. 12-1990

N. BURL CAIN, WARDEN                               SECTION: "C" (3)

ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's request to withdraw his unexhausted ineffective assistance of counsel claim, Rec. Doc. 15, is **GRANTED**.

**IT IS FURTHER ORDERED** petitioner's federal *habeas corpus* application asserting only his sufficiency of evidence claim is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15 day of February, 2013.

UNITED STATES DISTRICT JUDGE